07-14-00425-CR

FILED
MAY 06 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Court of Appeals

I Tim Mangram do not agree with my lawyer. I feel that they overlooked some of the issues with my appeal for instance the days they said I was out past my curfew on 3 different instances I disagree with them it. Not saying the lawyers said it but I disagree. They also stated that had not worked any or my community service hours, I have but did not get any one to sign off on them.

Thank You
    Timothy Mangram

T. Mangra
Box 305
Matador Tx 79244

FOREVER
USA

Bank Swallow

Court of Appeals
501 S. Fillmore Suite 2-A
Amarillo, Texas 79101-2449

79101+2449